**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE:  DEERE & COMPANY REPAIR SERVICES ANTITRUST LITIGATION** | **MDL DOCKET NO. 3030** |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on May 2, 2022 I caused to be electronically filed the following with the Clerk of the Court using the Judicial Panel on Multidistrict Litigation's CM/ECF system:

1)  Deere & Company's Notice of Presentation of Oral Argument.

I further certify that copies of the foregoing were served on all counsel in the relevant actions by email through the CM/ECF system.

| COUNSEL / PARTIES | |
|---|---|
| *Forest River Farms v. Deere & Co.,* No. 1:22-cv-00188 (N.D. Ill.) | |
| Kenneth A. Wexler<br>Justin N. Boley<br>Tyler J. Story<br>Wexler Boley & Elgersma LLP<br>55 West Monroe Street, Suite 3300<br>Chicago, IL 60603<br>312-346-2222<br>Email: kaw@wbe-llp.com<br>Email: jnb@wbe-llp.com<br>Email: tjs@wbe-llp.com<br><br>**Counsel for Plaintiff** | Daniel E. Gustafson<br>Daniel C. Hedlund<br>Michelle J. Looby<br>Kaitlyn L. Dennis<br>Gustafson Gluek PLLC<br>120 South Sixth Street #2600<br>Minneapolis, MN 55402<br>612-333-8844<br>Email: dgustafson@gustafsongluek.com<br>Email: dhedlund@gustafsongluek.com<br>Email: mlooby@gustafsongluek.com<br>Email: kdennis@gustafsongluek.com<br><br>**Counsel for Plaintiff** |
| Adam J. Zapala<br>Elizabeth T. Castillo<br>James G. Dallal<br>Reid W. Gaa<br>Cotchett, Pitre & McCarthy LLP<br>840 Malcolm Road Burlingame, CA 94010<br>650-697-6000<br>Email: azapala@cpmlegal.com<br>Email: ecastillo@cpmlegal.com<br>Email: jdallal@cpmlegal.com<br>Email: rgaa@cpmlegal.com<br><br>**Counsel for Plaintiff** | |

| *Plum Ridge Farms, Ltd.  v. Deere & Co.*, No. 3:22-cv-50030 (N.D. Ill.) | |
|---|---|
| Robert M. Foote<br>Kathleen C. Chavez<br>Matthew J. Herman<br>Elizabeth C. Chavez<br>Bret K. Pufahl<br>Foote, Mielke, Chavez & O'Neil LLC<br>10 W. State Street, Suite 200<br>Geneva, IL 60134<br>630-232-7450<br>Email: rmf@fmcolaw.com<br>Email: kcc@fmcolaw.com<br>Email: mjh@fmcolaw.com<br>ecc@fmcolaw.com<br>bkp@fmcolaw.com<br><br>**Counsel for Plaintiff** | Marc C. Gravino (6188531)<br>John J. Holevas (6193167)<br>WilliamsMcCarthy LLP<br>P.O. Box 219<br>Rockford, IL 61105<br>815-987-8936<br>Email: mgravino@wilmac.com<br>Email: jholevas@wilmac.com<br><br>**Counsel for Plaintiff** |
| *Brown v. Deere & Co.*, No. 3:22-cv-50039 (N.D. Ill.) | |
| Edward A. Wallace<br>Timothy E. Jackson<br>Jessica Wieczorkiewicz<br>Wallace Miller<br>111 W Jackson Blvd. Suite 1700<br>Chicago, IL 60604<br>312-261-6193<br>Email: eaw@wallacemiller.com<br>Email: tej@wallacemiller.com<br>Email: jw@wallacemiller.com<br><br>**Counsel for Plaintiff** | Jeffrey L. Kodroff<br>John A. Macoretta<br>Spector Roseman Kodroff, P.C.<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>215-496-0300<br>Email: jkodroff@srkattorneys.com<br>Email: jmacoretta@srkattorneys.com<br><br>**Counsel for Plaintiff** |
| Joseph Lyon<br>Clint Watson<br>The Lyon Firm, LLC<br>2754 Erie Ave.<br>Cincinnati, Ohio 45208<br>513-381-2333<br>Email: jlyon@thelyonfirm.com<br><br>**Counsel for Plaintiff** | |

| *Wells v. Deere & Co.*, No. 3:22-cv-00074-LCB (N.D. Ala.) ||
|---|---|
| Eric J. Artrip<br>D. Anthony Mastando<br>Mastando & Artrip, LLC<br>301 Washington St., Suite 302<br>Huntsville, Alabama 35801<br>256-532-2222<br>Email: artrip@mastandoartrip.com<br>Email: tony@mastandoartrip.com<br><br>**Counsel for Plaintiff** | Richard P. Rouco<br>Quinn, Connor, Weaver, Davies & Rouco LLP<br>2- 20th Street North, Suite 930<br>Birmingham, Alabama 35203<br>205-870-9989<br>Email: rrouco@qcwdr.com<br><br>**Counsel for Plaintiff** |
| Joe R. Whatley<br>Tucker Brown<br>Whatley Kallas, LLC<br>2001 Park Place Suite 1000<br>Birmingham, Alabama 35203<br>205-488-1200<br>Email: jwhatley@whatleykallas.com<br>Email: tbrown@whatleykallas.com<br><br>**Counsel for Plaintiff** | |
| *Underwood v. Deere & Co.*, No. 4:22-cv-00005-CEA-SKL (E.D. Tenn.) ||
| John Whitfield (TN 33123)<br>Gregory F. Coleman (TN 14092)<br>Milberg Coleman Bryson Phillips Grossman, PLLC<br>800 S. Gay Street, Suite 1100<br>Knoxville, Tennessee 37929<br>865-247-0080<br>Email: jwhitfield@milberg.com<br>Email: gcoleman@milberg.com<br><br><br>**Counsel for Plaintiff** | Peggy J. Wedgworth<br>Elizabeth McKenna<br>John D. Hughes<br>Blake Hunter Yagman<br>Michael Acciavatti<br>Milberg Coleman Bryson Phillips Grossman, PLLC<br>405 E. 50th Street<br>New York, New York 10022<br>212-594-5300<br>Email: pwedgworth@milberg.com<br>Email: emckenna@milberg.com<br>Email: jhughes@milberg.com<br>Email: byagman@milberg.com<br>Email: macciavatti@milberg.com<br><br>**Counsel for Plaintiff** |

| *Ferrell v. Deere & Co.*, No. 5:22-cv-00157-G (W.D. Okla.) ||
|---|---|
| Rex A. Sharp<br>Isaac L. Diel<br>Greg M. Bentz<br>Ruth Anne French-Hodson<br>Hammons Hepner<br>Sharp Law LLP<br>4820 W. 75th Street<br>Prairie Village, KS 66208<br>913-901-0505<br>Email: rsharp@midwest-law.com<br>Email: idiel@midwest-law.com<br>Email: gbentz@midwest-law.com<br>Email: rafrenchhodson@midwest-law.com<br>Email: hhepner@midwest-law.com<br><br>**Counsel for Plaintiff** | Kyle B. Hadwiger<br>Hadwiger & Jungman, PLLC<br>120 S. Grand<br>P.O. Box 306 Cherokee, OK 73728<br>580-596-3591<br>Email: kyle@hjoklaw.com<br><br>**Counsel for Plaintiff** |
| Tim Battin<br>BoiesBattin LLP<br>4041 University Drive, 5th Floor<br>Fairfax, VA 22030<br>703-764-8700<br>Email: tbattin@boiesbattin.com<br><br>**Counsel for Plaintiff** | |

| *Blake Johnson v. Deere & Co.*, No. 1:22-cv-00047 (N.D. Miss.) ||
|---|---|
| Walter Alan Davis<br>Dunbar Davis, PLLC<br>324 Jackson Avenue East, Suite A<br>Oxford, Mississippi 38655<br>662-281-0001<br>Email: waltdavis@dunbardavis.com<br><br><br>**Counsel for Plaintiff** | Eric J. Artrip<br>D. Anthony Mastando<br>Mastando & Artrip, LLC<br>301 Washington St. NW, Suite 302<br>Huntsville, Alabama 35801<br>256-532-2222<br>Email: artrip@mastandoartrip.com<br>Email: tony@mastandoartrip.com<br><br>**Counsel for Plaintiff** |
| Richard P. Rouco<br>Quinn, Connor, Weaver, Davies, &<br>Rouco LLP<br>2- 20th Street North, Suite 930<br>Birmingham, Alabama 35203<br>205-870-9989<br>Email: rrouco@qcwdr.com<br><br><br>**Counsel for Plaintiff** | Joe R. Whatley<br>Tucker Brown<br>Whatley Kallas, LLC<br>2001 Park Place Suite 1000<br>Birmingham, Alabama 35203<br>205-488-1200<br>Email: jwhatley@whatleykallas.com<br>Email: tbrown@whatleykallas.com<br><br>**Counsel for Plaintiff** |
| *Hapka Farms, Inc. v. Deere & Co.*, No. 0:22-cv-00503 (D. Minn.) ||
| Garrett D. Blanchfield, Jr.<br>Roberta A. Yard<br>Reinhardt Wendorf & Blanchfield<br>W1050 First National Bank Bldg.<br>332 Minnesota Street<br>St. Paul, MN 55101<br>651-287-2100<br>Email: g.blanchfield@rwblawfirm.com<br>Email: r.yard@rwblawfirm.com<br><br>**Counsel for Plaintiff** | |

| *Samantha Casselbury v. Deere & Co.*, No. 4:22-cv-04049 (C.D. Ill.) | |
|---|---|
| Mindee J. Reuben<br>Steven J. Greenfogel<br>Lite Depalma Greenburg & Afanador LLC<br>1835 Market Street, Suite 2626<br>Philadelphia, PA 19096<br>267-314-7980<br>Email: mreuben@litedepalma.com<br>Email: sgreenfogel@litedepalma.com<br><br>**Counsel for Plaintiff** | Joseph J. DePalma<br>Jeremy N. Nash<br>Lite Depalma Greenburg & Afanador LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>973-623-3000<br>Email: jdepalma@litedepalma.com<br>Email: jnash@litedepalma.com<br><br>**Counsel for Plaintiff** |
| Larry S. McDevitt<br>David M. Wilkerson<br>The Van Winkle Law Firm<br>11 N. Market Street<br>Asheville, NC 28801<br>828-258-2991<br>Email: lmcdevitt@vwlawfirm.com<br>Email: dwilkerson@vwlawfirm.com<br><br>**Counsel for Plaintiff** | |
| *Eagle Lake Farms Partnership v. Deere & Co.*, No. 3:22-cv-50078 (N.D. Ill.) | |
| Robert M. Foote<br>Foote, Mielke, Chavez & O'Neil LLC<br>10 W. State Street, Suite 200<br>Geneva, IL 60134<br>630-232-7450<br>Email: rmf@fmcolaw.com<br><br><br><br><br>**Counsel for Plaintiff** | Brian P. Murray<br>Lee Albert<br>Gregory Linkh<br>Glancy Prongay & Murray LLP<br>230 Park Avenue, Suite 358<br>New York, NY 10169<br>212-682-5340<br>Email: bmurray@glancylaw.com<br>Email: lalbert@glancylaw.com<br>Email: glinkh@glancylaw.com<br><br>**Counsel for Plaintiff** |

| *Lloyd Family Farms v. Deere & Co.*, No. 3:22-cv-50090 (N.D. Ill) | |
|---|---|
| Robert M. Foote<br>Foote, Mielke, Chavez & O'Neil LLC<br>10 W. State Street, Suite 200<br>Geneva, IL 60134<br>630-232-7450<br>Email: rmf@fmcolaw.com | Robin F. Zwerling<br>Susan Salvetti<br>Justin M. Tarshis<br>Zwerling, Schachter & Zwerling LLP<br>41 Madison Avenue<br>New York, NY 10010<br>212-223-3900<br>Email: rzwerling@zsz.com<br>Email: ssalvetti@zsz.com<br>Email: jtarshis@zsz.com |
| **Counsel for Plaintiff** | **Counsel for Plaintiff** |

Dated: May 2, 2022

Respectfully submitted,


By: */s/ John M. Majoras*

John M. Majoras
jmmajoras@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939

Tiffany Lipscomb-Jackson
tdlipscombjackson@jonesday.com
JONES DAY
325 John H. McConnell Boulevard,
Suite 600
Columbus, OH 43215-2673
Telephone:  (614) 281-3876

Corey A. Lee
calee@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939

Amanda B. Maslar
amaslar@jonesday.com
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL  60601.1692
Telephone:  (312) 782-3939


*Counsel for Defendant Deere & Company*